**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Atlantic Recording Corporation, a Delaware corporation; UMG Recordings, Inc., a Delaware corporation; Sony BMG Music Entertainment, a Delaware general partnership; BMG Music, a New York general partnership; and Capitol Records, Inc., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Deborah Balzer,<br><br>    Defendant. | Case No.: 2:06-CV-02244-PHX-SMM<br><br>DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

Pending before the Court is Plaintiffs' Motion For Entry of Default Judgment. (Dkt. 10.) Good cause appearing therefore,

**IT IS HEREBY ORDERED and ADJUDGED** that:

1. Plaintiffs' Motion for the Entry of Judgment by Default is **GRANTED**. (Dkt. 10.)

1       2.      Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'
2  copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal
3  sum of Four Thousand Five Hundred Dollars ($4,500.00).
4       3.      Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four
5  Hundred Twenty Dollars ($ 420.00).
6       4.      Defendant shall be and hereby is enjoined from directly or indirectly
7  infringing Plaintiffs' rights under federal or state law in the following copyrighted sound
8  recordings:

- "The Shake," on album "Be Good At It," by artist "Neal McCoy" (SR# 243-513);
- "Where The Streets Have No Name," on album "The Joshua Tree," by artist "U2" (SR# 78-949);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "Born Country," on album "Born Country," by artist "Alabama" (SR# 235-743);
- "If You're Gonna Play In Texas," on album "Roll On," by artist "Alabama" (SR# 52-706);
- "Cold Cold Heart," on album "Come Away With Me," by artist "Norah Jones" (SR# 320-120);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to

1  distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs'
2  Recordings available for distribution to the public, except pursuant to a lawful license or
3  with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
4  Recordings that Defendant has downloaded onto any computer hard drive or server without
5  Plaintiffs' authorization and shall destroy all copies of those downloaded recordings
6  transferred onto any physical medium or device in Defendant's possession, custody, or
7  control.

8  DATED this 21st day of February, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge